# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE TYRONE COOPER,<br><br>        Petitioner,<br><br>   v.<br><br>JEANNE WOODFORD, Warden,<br><br>        Respondent.<br>_____/ | CV F  06-1706 OWW SMS HC<br><br>ORDER ADOPTING FINDINGS, RECOMMENDATIONS DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO OPEN AND ISSUE A NEW CASE NUMBER FOR § 1983 COMPLAINT FORM ATTACHED TO OBJECTIONS<br><br>[Docs. 6, 7] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On January 4, 2007, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

     On January 24, 2007, Petitioner filed timely objections to the Findings and Recommendation.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

     In his objections, Petitioner acknowledges that he intended to file a § 1983 action, and

1 has attached a § 1983 complaint form to the objections.  Petitioner is advised that the Court
2 cannot, and will not, convert this action into a § 1983 action.  Rather, the Court will direct the
3 Clerk of Court to open and issue a new case number for the § 1983 complaint attached to the
4 objections.

5      Accordingly, IT IS HEREBY ORDERED that:

6  1. The Findings and Recommendation issued January 4, 2007, is ADOPTED IN
7     FULL;

8  2. The Petition for Writ of Habeas Corpus is DISMISSED;

9  3. <u>The Clerk of Court is directed to open and issue a new case number for the § 1983
10     complaint form attached to the objections (Court Doc. 7), filed January 24, 2007;</u>
11     and

12  4. The Clerk of the Court is DIRECTED to close this action.  This terminates this
13     action in its entirety.

14 IT IS SO ORDERED.

15 **Dated:   February 7, 2007**              **/s/ Oliver W. Wanger**
   emm0d6                                    UNITED STATES DISTRICT JUDGE